IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE: ALEXANDER H ROSE : Chapter: 13
BRIDGET K ROSE :
:
:
: CASE NO: 12-19346
:

**NOTICE OF ADDRESS CHANGE**

BMO Harris Bank, NA hereby changes its address for its claim number 16, account number ending in 4014 filed in this case. Any other addresses for notices or other claims should not be affected by this change and should remain the same.

Previous Address:

    BMO Harris Bank, NA
    PO Box 3001
    Malvern, PA 19355-0701

New Address for Notices and Payments:

    BMO Harris Bank, NA
    PO Box 2035
    Milwaukee, WI 53201
    866-280-8434
    bankruptcy@bmo.com

Respectfully Submitted,

By: /s/ Shraddha Bharatia

    Shraddha Bharatia, Claims Administrator
    Becket & Lee LLP
    POB 3001
    Malvern, PA 19355-0701

DATE: 4/13/2017