UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Alexander and Bridget Rose    : Chapter 13

      Debtors    : Bky. No.12-19346-elf

### Certificate of No Objection

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from the date of service of **Motion for Post Confirmed Plan**, (document 104), and that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.

    s/Lawrence S. Rubin
    Lawrence S. Rubin, Esquire
    Attorney for the debtor(s)
    337 West State Street
    Media, PA 19063-2615
    (610) 565-6660
    *Fax*: (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com