UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Alexander H Rose and                  : Chapter 13
          Bridget K. Rose
                  Debtors                      : Bky. No.12-19346-elf

### Order

Upon motion of the debtors for good cause shown, with the consent of the Chapter

13 Trustee, and there being no other objection thereto, it is hereby ordered that:

1. Debtors' Motion to Modify Plan, is granted.

2. That the debtors' modified plan, document #111 entitled "Tenth Amended Plan", is

hereby approved and confirmed by this court.

_____
Eric L Frank, Chief Bankruptcy Judge

Dated:                    , 2017

Trustee consent:

_____  5/8/2017
William C. Miller, Trustee
LeRoy Wm. Etheridge, Esq.
1234 Market Street - Ste #1813          **NO OBJECTION**
Philadelphia, PA. 19107

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com