UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Alexander H Rose and  : Chapter 13
Bridget K. Rose
     Debtors  : Bky. No.12-19346-elf

### Order

Upon motion of the debtors for good cause shown, with the consent of the Chapter 13 Trustee, and there being no other objection thereto, it is hereby ordered that:

1. Debtors' Motion to Modify Plan, is granted.

2. That the debtors' modified plan, document #112 entitled "Eleventh Amended Plan", is hereby approved by this court.

Dated:  5/10/17

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Trustee consent:

_____
William C. Miller, Trustee
LeRoy Wm. Etheridge, Esq.
1234 Market Street - Ste #1813
Philadelphia, PA. 19107

**NO OBJECTION**
5/8/2017

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com