United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Alexander H Rose
Bridget K Rose
    Debtors

Case No. 12-19346-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: May 10, 2017
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.
db/jdb        +Alexander H Rose,   Bridget K Rose,   2016 Garrison Dr,   Chester Springs, PA 19425-3875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:
         ANDREW  SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC. BNCmail@w-legal.com, DanS@w-legal.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1 bkgroup@kmllawgroup.com
         EUGENE J. MALADY    on behalf of Creditor    Windsor Ridge Homeowners Association kjones@ejmcounselors.com, emalady@ejmcounselors.com;mtunaitis@ejmcounselors.com
         JEROME B. BLANK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1 paeb@fedphe.com
         LAWRENCE S. RUBIN    on behalf of Debtor Alexander H Rose echo@pennlawyer.com, foxtrot@pennlawyer.com
         LAWRENCE S. RUBIN    on behalf of Joint Debtor Bridget K Rose echo@pennlawyer.com, foxtrot@pennlawyer.com
         MARY JACQUELINE LARKIN    on behalf of Creditor    Windsor Ridge Homeowners Association mjlarkin@mklaw.us.com, camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services dba GM Financial mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
     TOTAL: 13

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Alexander H Rose and           : Chapter 13
        Bridget K. Rose
            Debtors                    : Bky. No. 12-19346-elf

### Order

Upon motion of the debtors for good cause shown, with the consent of the Chapter 13 Trustee, and there being no other objection thereto, it is hereby ordered that:

1. Debtors' Motion to Modify Plan, is granted.

2. That the debtors' modified plan, document #112 entitled "Eleventh Amended Plan", is hereby approved by this court.

Dated:  5/10/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Trustee consent:

_____
William C. Miller, Trustee
LeRoy Wm. Etheridge, Esq.
1234 Market Street - Ste #1813
Philadelphia, PA. 19107

**NO OBJECTION**
5/8/2017

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com