Certificate Number: 17082-PAE-DE-029888374

Bankruptcy Case Number: 12-19346



17082-PAE-DE-029888374

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 17, 2017, at 10:31 o'clock PM MST, ALEXANDER H ROSE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 17, 2017

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director