United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-19346-elf
Alexander H Rose                                                        Chapter 13
Bridget K Rose
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett             Page 1 of 3                    Date Rcvd: Jan 17, 2018
                               Form ID: 138NEW             Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
```
db/jdb         +Alexander H Rose,    Bridget K Rose,    2016 Garrison Dr,    Chester Springs, PA 19425-3875
cr            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services dba GM Financial,    P.O. Box 99605,
                 Arlington, TX  76096-9605)
cr              AmeriCredit Financial Services, Inc. dba GM Financ,    P.O. Box 99605,
                 Arlington, TX  76096-9605
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 630267,   Irving, TX  75063)
cr             +Windsor Ridge Homeowners Association,    c/o Robert J. Hoffman, Esquire,
                 326 West State Street,    Media, PA 19063-2616
12929929       +AmeriCredit Financial Services,    dba GM Financial,    c/o William E. Craig, Esq,
                 110 Marter Ave, Ste 301,    Moorestown, NJ 08057-3124
12918369       +BMO Harris Bank, NA,    PO Box 2035,   Milwaukee, WI 53201-2035
12872353        Bank of America,    4509 American St,    Simi Valley , CA 93065
12963330       +Bank of America N A,    c/o Joseph P. Schalk, Esq,    1617 JFK Blvd, Ste 1400,
                 One Penn Center Plaza,    Phila., PA 19103-1823
12962171       +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
12872354       +Bay Area Credit Service, LLC,    POB 467600,    Atlanta, GA 31146-7600
12872359        Dental Solutions-Media,    1003 W Baltimore Pika,    Media, PA 19063
13502610       +Deutsche Bank National Trust Co.,    c/o: Nationstar Mortgage, LLC,    P.O. Box 619096,
                 Dallas, TX 75261-9096
12872360        Diners Club,    P.O. Box 6101,    Carol Stream, IL 60197-6101
12872362       +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
12872363       +Fair Collections & Out,    12304 Baltimore Ave Ste,    Beltsville, MD 20705-1314
12872364       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
12872365       +GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
12872370       +Paoli Hospital,    POB 8500-4876,    Philadelphia, PA 19178-0001
12872371       +Paoli Hospital-ER Physician Group,    c/o AFN Financial Services,    1150 Raritan Rd, Ste 103,
                 Cranford, NJ 07016-3369
12960208       +Premier Bankcard/Charter,    P.O. Box 208,    Vacaville, CA 95696-0208
12872374       +St Thomas the Apostle,    430 Valleybrook Road,    Glen Mills, PA 19342-9440
12872375       +Target Credit Card (TC),    Po Box 673,    Minneapolis, MN 55440-0673
12872376       +The Credit Bureau Inc,    700 Longwater Driv,    Norwell, MA 02061-1624
12925694        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12872378       +Vzw Ne,    2000 Corporate Dr,    Orangeburg, NY 10962-2634
12872379       +WFNNB / Lane Bryant,    4590 E Broad St,    Columbus, OH 43213-1301
12878456        Wells Fargo Bank N.A.,    PO Box 10438,    MAC# X2505-036,    Des Moines, IA 50306-0438
12872381       +Wfnnb/Jessica London,    Po Box 182789,    Columbus, OH 43218-2789
12872380       +Wfnnb/chadwk,    Po Box 182789,    Columbus, OH 43218-2789
12872382       +Wfnnb/metro,    Po Box 182789,    Columbus, OH 43218-2789
12872383       +Wfnnb/woman,    Po Box 182273,    Columbus, OH 43218-2273
12872384       +Windsor Ridge HOA,    c/o Robert Hoffman, Esquire,    326 W State ST,    Media, PA 19063-2616
12878227       +Windsor Ridge Homeowners Association,    c/o Robert J. Hoffman, Esquire,    326 W. State Street,
                 Media, PA 19063-2616
13033926        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2018 01:51:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2018 01:52:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:55:13      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
12872351       +E-mail/Text: EBNProcessing@afni.com Jan 18 2018 01:52:06     Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
12931913       +E-mail/Text: EBNProcessing@afni.com Jan 18 2018 01:52:06     Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
12872352       +E-mail/Text: ally@ebn.phinsolutions.com Jan 18 2018 01:51:17     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
12875771       +E-mail/Text: ally@ebn.phinsolutions.com Jan 18 2018 01:51:17
                 Ally Financial Inc. f/k/a GMAC Inc.,    P O Box 130424,    Roseville, MN 55113-0004
12948195        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2018 02:01:59
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
12880035        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2018 02:01:49
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
```

```
District/off: 0313-2          User: Antoinett               Page 2 of 3                   Date Rcvd: Jan 17, 2018
                              Form ID: 138NEW              Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12938530       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 18 2018 01:51:56      Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
12872355       +E-mail/Text: banko@berkscredit.com Jan 18 2018 01:51:29      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
12875090       +E-mail/Text: bankruptcy@cavps.com Jan 18 2018 01:52:17       Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
12872357       +E-mail/Text: bankruptcy@sccompanies.com Jan 18 2018 01:53:01      Cntry Door,    1112 7th Ave,
                 Monroe, WI 53566-1364
12943133       +E-mail/Text: bankruptcy@sccompanies.com Jan 18 2018 01:53:01      Country Door,
                 c/o Creditors Bankruptcy Service,     P.O. Box 740933,   Dallas, TX 75374-0933
12872358       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 18 2018 01:52:56
                 Credit Collections Srv.,    Po Box 9134,    Needham, MA 02494-9134
12872361       +E-mail/Text: mrdiscen@discover.com Jan 18 2018 01:51:20      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
12883533        E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2018 01:55:13      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12909707        E-mail/Text: bknotice@crgofusa.com Jan 18 2018 01:52:20
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,   PO BOX 123203,
                 DALLAS, TX 75312-3203
12872366       +E-mail/Text: vivian@interstatecredit.net Jan 18 2018 01:52:18      Interstate Credit & Co,
                 21 W Fornance St,    Norristown, PA 19401-3300
12872367       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 18 2018 01:51:57
                 Midland Cred (original Creditor:chase Ma,    8875 Aero Dr Suite 200,
                 San Diego, California 92123-2255
12872368       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 18 2018 01:51:57      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
12872369       +E-mail/Text: bankruptcydepartment@tsico.com Jan 18 2018 01:52:52      Nco Fin /99,
                 Po Box 15636,    Wilmington, DE 19850-5636
12872373        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2018 02:01:50      Portfolio Rc,
                 120 Corporate Blvd Ste 1,    Norfolk, VA 23502
13004493        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2018 02:01:40
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
12911047        E-mail/Text: ebn@vativrecovery.com Jan 18 2018 01:51:29      Palisades Acquisition IX  LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
                 PO Box 40728,    Houston, TX  77240-0728
12872372       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 18 2018 01:51:30      Peco Energy,
                 2301 Market Street,    Philadelphia, Pennsylvania 19103-1380
12895789        E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2018 01:51:34
                 Quantum3 Group LLC as agent for,    Elite Recovery Acquisitions LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
12929605        E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2018 01:51:34
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
12926186       +E-mail/Text: bncmail@w-legal.com Jan 18 2018 01:52:07       TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13006344       +E-mail/Text: bncmail@w-legal.com Jan 18 2018 01:52:07       TD Bank USA, N.A.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,     PO Box 183853,
                Arlington, TX  76096)
cr*           +BMO Harris Bank, NA,   PO Box 2035,   Milwaukee, WI 53201-2035
cr*           +Deutsche Bank National Trust Company,   c/o: Nationstar Mortgage, LLC,    P.O. Box 619096,
                Dallas, TX 75261-9096
cr*           +TD Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
12880028*    ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,     PO Box 183853,
                Arlington, Texas  76096)
12883671*    ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,     PO Box 183853,
                Arlington TX 76096)
13121143*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                Lewisville, TX 75067)
12872356      ##+Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
12872377      ##+Verizon,   POB 920041,   Dallas, TX 75392-0041
                                                                                              TOTALS: 0, * 7, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: Antoinett               Page 3 of 3                  Date Rcvd: Jan 17, 2018
                              Form ID: 138NEW               Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:

      ANDREW  SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC. BNCmail@w-legal.com, DanS@w-legal.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1 bkgroup@kmllawgroup.com
      EUGENE J. MALADY    on behalf of Creditor    Windsor Ridge Homeowners Association kjones@ejmcounselors.com, emalady@ejmcounselors.com;mtunaitis@ejmcounselors.com;r56109@notify.bestcase.com
      JEROME B. BLANK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1 paeb@fedphe.com
      LAWRENCE S. RUBIN    on behalf of Debtor Alexander H Rose echo@pennlawyer.com, foxtrot@pennlawyer.com
      LAWRENCE S. RUBIN    on behalf of Joint Debtor Bridget K Rose echo@pennlawyer.com, foxtrot@pennlawyer.com
      MARY JACQUELINE LARKIN    on behalf of Creditor    Windsor Ridge Homeowners Association mjlarkin@mklaw.us.com, camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                         TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Alexander H Rose and Bridget K Rose
    Debtor(s)

Bankruptcy No: 12–19346–elf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/17/18

126 – 124
Form 138_new