United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alexander H Rose  
Bridget K Rose  
     Debtors

Case No. 12-19346-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Feb 23, 2018  
                   Form ID: 195       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.  
db/jdb         +Alexander H Rose,    Bridget K Rose,    2016 Garrison Dr,    Chester Springs, PA 19425-3875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:

         ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC. BNCmail@w-legal.com, DanS@w-legal.com  
         DENISE ELIZABETH CARLON    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1 bkgroup@kmllawgroup.com  
         EUGENE J. MALADY    on behalf of Creditor    Windsor Ridge Homeowners Association kjones@ejmcounselors.com, emalady@ejmcounselors.com;mtunaitis@ejmcounselors.com;r56109@notify.bestcase.com  
         JEROME B. BLANK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1 paeb@fedphe.com  
         LAWRENCE S. RUBIN    on behalf of Debtor Alexander H Rose echo@pennlawyer.com, foxtrot@pennlawyer.com  
         LAWRENCE S. RUBIN    on behalf of Joint Debtor Bridget K Rose echo@pennlawyer.com, foxtrot@pennlawyer.com  
         MARY JACQUELINE LARKIN    on behalf of Creditor    Windsor Ridge Homeowners Association mjlarkin@mklaw.us.com,    camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services dba GM Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                            TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                         : Chapter 13

Alexander H Rose and Bridget K Rose                            : Case No. 12–19346–elf
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , 23rd day of February, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Eric L. Frank
    Chief Judge , United States Bankruptcy Court

131
Form 195