United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-19346-elf
Alexander H Rose                                                Chapter 13
Bridget K Rose
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin                Page 1 of 2              Date Rcvd: Feb 23, 2018
                              Form ID: 3180W             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db/jdb         +Alexander H Rose,    Bridget K Rose,    2016 Garrison Dr,    Chester Springs, PA 19425-3875
12918369       +BMO Harris Bank, NA,    PO Box 2035,    Milwaukee, WI 53201-2035
13121143      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                Lewisville, TX 75067)
12960208       +Premier Bankcard/Charter,    P.O. Box 208,    Vacaville, CA 95696-0208
12878227       +Windsor Ridge Homeowners Association,    c/o Robert J. Hoffman, Esquire,    326 W. State Street,
                Media, PA 19063-2616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 24 2018 01:48:06     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2018 01:47:06
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 24 2018 01:47:40     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12880028        EDI: PHINAMERI.COM Feb 24 2018 01:33:00     AmeriCredit Financial Services, Inc.,
                PO Box 183853,    Arlington, Texas 76096
12931913       +EDI: AFNIRECOVERY.COM Feb 24 2018 01:33:00     Afni, Inc.,    PO Box 3667,
                Bloomington, IL 61702-3667
12875771       +EDI: GMACFS.COM Feb 24 2018 01:33:00     Ally Financial Inc. f/k/a GMAC Inc.,    P O Box 130424,
                Roseville, MN 55113-0004
12948195        EDI: AIS.COM Feb 24 2018 01:33:00     American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK 73124-8838
12880035        EDI: AIS.COM Feb 24 2018 01:33:00     American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
12938530       +EDI: ACCE.COM Feb 24 2018 01:33:00     Asset Acceptance LLC,    PO Box 2036,
                Warren, MI 48090-2036
12875090       +E-mail/Text: bankruptcy@cavps.com Feb 24 2018 01:47:33     Cavalry Portfolio Services,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
12943133       +EDI: CBS7AVE Feb 24 2018 01:33:00     Country Door,    c/o Creditors Bankruptcy Service,
                P.O. Box 740933,    Dallas, TX 75374-0933
12909707        E-mail/Text: bknotice@crgofusa.com Feb 24 2018 01:47:41
                InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                DALLAS, TX 75312-3203
13004493        EDI: PRA.COM Feb 24 2018 01:33:00     Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
12911047        E-mail/Text: ebn@vativrecovery.com Feb 24 2018 01:46:35     Palisades Acquisition IX  LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
                PO Box 40728,    Houston, TX 77240-0728
12895789        EDI: Q3G.COM Feb 24 2018 01:33:00     Quantum3 Group LLC as agent for,
                Elite Recovery Acquisitions LLC,    PO Box 788,    Kirkland, WA 98083-0788
12929605        EDI: Q3G.COM Feb 24 2018 01:33:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA 98083-0788
12878456        EDI: WFFC.COM Feb 24 2018 01:33:00     Wells Fargo Bank N.A.,    PO Box 10438,    MAC# X2505-036,
                Des Moines, IA 50306-0438
13033926        EDI: ECAST.COM Feb 24 2018 01:33:00     eCAST Settlement Corporation,    POB 29262,
                New York, NY 10087-9262
                                                                                               TOTAL: 18

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Feb 23, 2018
                              Form ID: 3180W           Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee
               for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC. BNCmail@w-legal.com,
               DanS@w-legal.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN
               ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1 bkgroup@kmllawgroup.com
              EUGENE J. MALADY    on behalf of Creditor    Windsor Ridge Homeowners Association
               kjones@ejmcounselors.com,
               emalady@ejmcounselors.com;mtunaitis@ejmcounselors.com;r56109@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               THE CERTIFICATEHOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED
               CERTIFICATES, SERIES 2007-MLN1 paeb@fedphe.com
              LAWRENCE S. RUBIN    on behalf of Debtor Alexander H Rose echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              LAWRENCE S. RUBIN    on behalf of Joint Debtor Bridget K Rose echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              MARY JACQUELINE LARKIN    on behalf of Creditor    Windsor Ridge Homeowners Association
               mjlarkin@mklaw.us.com,    camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services dba GM Financial
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Alexander H Rose** <br> First Name    Middle Name    Last Name | Social Security number or ITIN <br> EIN | **xxx–xx–3998** <br> _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Bridget K Rose** <br> First Name    Middle Name    Last Name | Social Security number or ITIN <br> EIN | **xxx–xx–2876** <br> _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **12–19346–elf** | | |

## Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alexander H Rose                           Bridget K Rose

2/22/18                                    **By the court:**    Eric L. Frank
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**